IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN CORDERO,<br><br>　　　　Defendant. | CRIMINAL ACTION<br><br>No.　08-328-1 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE CARABALLO-RODRIGUEZ<br><br>　　　　Defendant. | CRIMINAL ACTION<br><br>No.　08-328-2 |

## ORDER

**AND NOW**, this 6th day of September 2011, it is hereby **ORDERED**:

1)　Defendant Juan Cordero's Motion for Judgment of Acquittal is **DENIED**. Sentencing will be set by separate order.

2)　Defendant Jose Caraballo-Rodriguez's Motion for Judgment of Acquittal is **GRANTED**.   The Clerk of Court will enter a **JUDGMENT OF ACQUITTAL** for Caraballo-Rodriguez with respect to all Counts of the Indictment in this Action.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**HON. CYNTHIA M. RUFE**